```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 10078
   RAUL VALDOVINOS
   ISABEL VALDOVINOS                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4064    SSN XXX-XX-4386

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 04/23/2008 and was not confirmed.

     The case was dismissed without confirmation 07/30/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------------

AMERICAN GENERAL FINANCE  SECURED VEHIC     2538.00             .00             .00
NATIONAL CITY MORTGAGE    CURRENT MORTG         .00             .00             .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE     7000.00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     4659.38             .00             .00
SILVA DENTAL CENTER       UNSEC W/INTER   NOT FILED             .00             .00
PATHOLOGY ASSOC OF CHICA  UNSEC W/INTER   NOT FILED             .00             .00
DISCOVER FINANCIAL SERVI  UNSEC W/INTER     2538.05             .00             .00
HENRY C FUNG MD           UNSEC W/INTER   NOT FILED             .00             .00
DUBUQUELAND OVERHEAD DOO  UNSEC W/INTER   NOT FILED             .00             .00
JC PENNY                  UNSEC W/INTER   NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      687.14             .00             .00
GE MONEY BANK/WALMART     UNSEC W/INTER     1786.45             .00             .00
HSBC                      NOTICE ONLY     NOT FILED             .00             .00
HSBC BEST BUY             UNSEC W/INTER   NOT FILED             .00             .00
WOMEN WORKOUT WORLD       UNSEC W/INTER   NOT FILED             .00             .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER   NOT FILED             .00             .00
MOUNT SINAI HOSPITAL      UNSEC W/INTER   NOT FILED             .00             .00
GE MONEY/JC PENNY         UNSEC W/INTER     2340.66             .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      539.36             .00             .00
HOLY CROSS HOSPITAL       UNSEC W/INTER       84.44             .00             .00
PHARIA LLC                UNSEC W/INTER      127.36             .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       60.00             .00           60.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,500.00                          216.00
TOM VAUGHN                TRUSTEE                                             24.00
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     300.00

PRIORITY                                         60.00
SECURED                                            .00

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 10078 RAUL VALDOVINOS & ISABEL VALDOVINOS
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                   216.00
TRUSTEE COMPENSATION                                              24.00
DEBTOR REFUND                                                       .00
                                   ----------------   ----------------
TOTALS                                      300.00             300.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/29/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE